

EL PASO SOUTHWESTERN
CARDIOVASCULAR ASSOCIATES,
P.A.,

        Appellant,

v.

ERIKA CRANE, ESTATE OF NORMA
QUINTANA, CLARA VALDEZ, LUIS
VALDEZ, PEDRO VALDEZ,

        Appellees.

§

§

§

§

§

§

No. 08-20-00090-CV

Appeal from the

384th District Court

of El Paso County, Texas

(TC# 2019DCV1401)

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order denying Appellant's motion to dismiss in the court below and remand the cause for further proceedings, in accordance with this Court's opinion. We further order that Appellant recover from Appellees all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH OF DECEMBER, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.